IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LONNIE CLARK WILLIAMS, JR.,

      Plaintiff,                    No. 2:12-cv-2155 KJM AC P

    vs.

EDMUND F. BRENNAN, et al.,

      Defendants.             ORDER

/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On January 30, 2013, the magistrate judge filed findings and recommendations, which were served on the parties and which contained notice to that any objections to the findings and recommendations were to be filed within twenty-eight days. Neither party has not filed objections to the findings and recommendations.

        The court presumes that any findings of fact are correct. *See Orand v. United States,* 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir.

1

1983). Having carefully reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 30, 2013, are adopted in full; and

2. Plaintiff's motions to proceed in forma pauperis (ECF No. 2 and 7) are denied for reasons set forth in the findings and recommendations and plaintiff is directed to pay the filing fee in full within twenty eight (28) days;

3. Plaintiff's motion for injunctive relief (ECF No. 12) is denied; and

4. Plaintiff's motion for appointment of counsel is denied.

DATED: March 22, 2013.

_____
UNITED STATES DISTRICT JUDGE